IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN COSCO,** | Case No. 2:08-cv-0887 JAM GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **GEMMIT,** | |
| Defendant. | |

On October 14, 2008, Defendant Gemmit filed a motion for extension of time to respond to Plaintiff's complaint. For good cause shown, Defendant Gemmit is granted an extension of time, to December 8, 2008, in which to file his response to Plaintiff's complaint.

Dated: 10/20/08

/s/ Gregory G. Hollows

_____
United States Magistrate Judge

cosc0887.eot

*[Proposed] Order*

1