UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COSCO, ) | |
|               Plaintiff, ) | NO. CV-08-0887-LRS |
|   -vs- ) | SCHEDULING ORDER |
| VICTORIA GEMMIT, ) | |
|               Defendant. ) | |

A telephonic status conference was held in the above-entitled matter on January 29, 2009. Plaintiff, John Cosco, appeared *pro se*; Anthony P. O'Brien, Esq. participated on behalf of Defendant. The Court having reviewed the documents in the file and discussed the adoption of a scheduling order with counsel, now enters the following Scheduling Order:

**IT IS ORDERED**:

    1. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule "shall not be modified except upon a showing of good cause and by leave [of the Court]." Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order.

    2. A motion to amend pleadings or add named parties shall be filed and served no later than **August 18, 2009**.

SCHEDULING ORDER - 1

3.  The parties are reminded to follow all Federal and Local Rules, in particular E.D. Cal. LR 78-230, which governs motion practice.  **The Court may choose to disregard any materials not timely filed and motions not noted for hearing in compliance with the rules.**

4.  Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff shall provide all disclosures regarding experts to the Defendants no later than **July 29, 2009**.  Defendants shall provide all Rule 26(a)(2) disclosures to the Plaintiff no later than **August 28, 2009.**  The parties shall identify any rebuttal experts and provide the Rule 26(a)(2) reports of those experts no later than **September 28, 2009.**

5.  All discovery shall be completed on or before **October 27, 2009**.  All written discovery shall be served no later than forty days prior to the discovery cut-off date.  Any motion to compel discovery shall also be filed and served prior to the discovery cut-off date.  THE PARTIES SHALL FILE NO DISCOVERY EXCEPT THOSE PORTIONS NECESSARY TO SUPPORT MOTIONS.  If the parties need a ruling as to any discovery question and wish to avoid the time and expense of a written motion, they may obtain an expedited ruling through a telephone conference call to the Court at 509-573-6600.

6.  All dispositive motions shall be filed and served on or before **November 10, 2009**.  This deadline may only be altered by Order of the Court, for good cause shown.

   (a)  The motion must _strictly comply_ with all requirements of E.D. Cal. Local Rules 7.1 and 78-230 and 56-260.

   (b)  Counsel should make evidentiary objections as discussed in Local Rule 56.260(b) within the parties' statement of facts as opposed

1  to filing a separate motion to strike.

2      (c)  All materials filed in support of, or in opposition to,
3  a motion for summary judgment must <u>strictly comply</u> with the requirements
4  of Rule 56(e) of the Federal Rules of Civil Procedure.  *See Orr v. Bank*
5  *of America*, 285 F.3d 764 (9th Cir. 2002).

6      (d)  **<u>The Court's copies of any exhibits submitted in support
7  of, or in opposition to, a dispositive motion shall be bound and tabbed</u>**.

8      (e)  Failure to comply with the above requirements may result
9  in the Court disregarding any non-complying filings.

10      The District Court Executive is directed to file this Order and
11  provide copies to counsel.

12      **DATED** this 29th day of January, 2009.

13      *s/Lonny R. Suko*

14      LONNY R. SUKO
    UNITED STATES DISTRICT JUDGE

SCHEDULING ORDER - 3