IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN COSCO,** | Case No. 2:08-cv-0887 LRS (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **GEMMET,** | |
| Defendant. | |

On December 1, 2009, Defendants filed a request for an extension of time until December 22, 2009 to respond to Plaintiff's motions to compel discovery responses and continue summary judgment. For good cause shown, the Court grants Defendant's request and extends the deadline for opposing Cosco's motions to Tuesday, December 22, 2009.

Dated: December 4, 2009.

s/Lonny R. Suko
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

1

Order (2:08-cv-0887 LRS (PC))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17  _____                                    _____
18
19
20
21
22
23
24
25
26
27
28

2