IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN COSCO,**<br><br>Plaintiff,<br><br>v.<br><br>**VICTORIA GEMMIT, ET AL.,**<br><br>Defendant. | Case No. 2:08-cv-0887 LRS (P)<br><br>**ORDER** |

On March 1, 2010, Defendant Gemmet filed a request for a fifteen-day extension of time to file a reply to Plaintiff Cosco's opposition to Defendant's Motion for Summary Judgment. For good cause shown, the Court grants Defendant's request and extends the deadline for filing a reply brief to Tuesday, March 16, 2010.

Dated: March 8, 2010

s/Lonny R. Suko
_____
THE HONORABLE LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2