IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN COSCO,** | Case No. 2:08-cv-0887 LRS (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **GEMMET,** | |
| Defendant. | |

On March 16, 2010, Defendant Gemmet filed a request for a second fifteen-day extension to file a reply to Plaintiff Cosco's opposition to Defendant's Motion for Summary Judgment. For good cause shown, the Court grants Defendant's request and extends the deadline for filing a reply brief to Wednesday, March 31, 2010.

Dated:   March 16, 2010

  s/Lonny R. Suko
_____
THE HONORABLE LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2