UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COSCO, | )<br>) |
| Plaintiff, | ) No. CV-08-887-LRS |
| vs. | ) **ORDER RE CERTIFICATION** |
| VICTORIA GEMMET, | ) |
| Defendant. | ) |

On May 11, 2010, this court entered an order granting Defendant's motion for summary judgment and granting judgment to Defendant on all of Plaintiff's claims. (Ct. Rec. 45 and 46). The Plaintiff is proceeding *pro se* and *in forma pauperis*. This court hereby certifies that any appeal taken from the aforementioned order and judgment is not in good faith. 28 U.S.C. Section 1915(a)(3).

**IT IS SO ORDERED.** The District Executive shall forward a copy of this order to the Plaintiff and to counsel for Defendant.

**DATED** this   13th   of May, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

**ORDER RE CERTIFICATION-   1**